IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REVELL MCGHEE, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV-817-MEF
)
AMERICOLD LOGISTICS, )
)
Defendant, )

RECEIVED
2007 SEP 11 P 12: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Revell McGhee, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**              **Relationship to Party**

9/11/07
Date

Counsel Signature
Revell McGhee
Counsel for, (print names of all parties)
207 Montgomery Street, Suite 215
Montgomery, AL 36104
Address, City, State Zip Code

(334) 262-1177
Telephone Number