# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REVELL MCGHEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:07-CV-817-MEF |
| AMERICOLD LOGISTICS, LLC, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant AmeriCold Logistics, LLC ("AmeriCold") moves this Court for an extension of time in which Defendant may file its Answer or otherwise respond to Plaintiff's Complaint through and including November 9, 2007.  Plaintiff does not object to this extension of time.

Wherefore, Defendant prays that this Motion be granted, and that Defendant have through and including November 9, 2007, in which to respond to the Complaint.

Respectfully submitted, this 5th day of October, 2007.

    /s/ *Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
DD:  205-332-3101
E-Mail:  davist@jacksonlewis.com
**JACKSON LEWIS LLP**
Park Place Tower, Suite 650
2001 Park Place North
Birmingham, Alabama  35203
Facsimile: 205-332-3131

Dion Y. Kohler (GA Bar No. 427715)
E-Mail:  kohlerd@jacksonlewis.com
**JACKSON LEWIS LLP**
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303-1226
Facsimile:  404-525-1173

**ATTORNEYS FOR DEFENDANT
AMERICOLD LOGISTICS, LLC**

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of this original document, **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**, was filed with the Court via the Case Management/Electronic Court Filing system on this 5th day of October, 2007, and notice thereof was served in accordance therewith via electronic mail, to:

Juraldine Battle-Hodge, Esq.
207 Montgomery Street, Suite 215
Montgomery, AL 36104

    /s/ *Thomas A. Davis*
Counsel for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| REVELL MCGHEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICOLD LOGISTICS, LLC, )<br>)<br>Defendant. ) | Civil Action No.<br>2:07-CV-817-MEF |

## ORDER

Upon due consideration of Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, IT IS HEREBY ORDERED that Defendant, AmeriCold Logistics, LLC, has through and including November 9, 2007 to answer or otherwise respond to Plaintiff's Complaint.

_____
Judge, United States District Court