## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| REVELL MCGHEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:07-CV-817-MEF |
| | ) | |
| AMERICOLD LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Upon due consideration of Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Doc. # 5), IT IS HEREBY ORDERED that the motion is GRANTED and Defendant, AmeriCold Logistics, LLC, has through and including November 9, 2007 to answer or otherwise respond to Plaintiff's Complaint.

DONE this the 9th day of October, 2007.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE