**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| REVELL MCGHEE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 2:07-CV-817-MEF |
| v. | ) | |
| | ) | |
| AMERICOLD LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW AmeriCold Logistics, LLC, Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐　This party is an individual, or

☐　This party is a governmental entity, or

☐　There are no entities to be reported, or

■　The following entities and their relationship to the party are hereby reported:

| **Reportable Entities** | **Relationship to Party** |
|---|---|
| Vornado Realty Trust | Parent Corporation of AmeriCold Logistics LLC |
| Crescent Real Estate Equities Co. | Parent Corporation of AmeriCold Logistics LLC |
| The Yucaipa Companies LLC | Parent Corporation of AmeriCold Logistics LLC |

Respectfully submitted this 18th day of October, 2007.

  /s/*Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
DD: 205-332-3101
E-Mail: davist@jacksonlewis.com
**JACKSON LEWIS LLP**
Park Place Tower, Suite 650
2001 Park Place North
Birmingham, Alabama 35203
Facsimile: 205-332-3131

Dion Y. Kohler (GA Bar No. 427715)
E-Mail: kohlerd@jacksonlewis.com
**JACKSON LEWIS LLP**
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1226
Facsimile: 404-525-1173

**ATTORNEYS FOR DEFENDANT
AMERICOLD LOGISTICS, LLC**

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of this original document, **CONFLICT DISCLOSURE STATEMENT**, was filed with the Court via the Case Management/Electronic Court Filing system on this 18th day of October, 2007, and notice thereof was served in accordance therewith via electronic mail, to:

Juraldine Battle-Hodge, Esq.
207 Montgomery Street, Suite 215
Montgomery, AL 36104

/s/ *Thomas A. Davis*
Counsel for Defendant