# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REVELL MCGHEE,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC,<br><br>      Defendant. | Civil Action No. 2:07-CV-817-MEF |

## REPORT OF PARTIES' PLANNING MEETING

COMES NOW plaintiff Revell McGhee and defendant AmeriCold Logistics, LLC, by and through their counsel, and hereby submit, pursuant to Fed.R.Civ.P. 26(f), and this Court's Order, a Report of the Parties' Planning Meeting.

    1.    **Scheduling Meeting**

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held via telephone on November 26, 2007 and was attended by Juraldine Battle-Hodge, Esq. for plaintiff and Amy R. Perkins, Esq. for defendant AmeriCold Logistics, LLC.

2. **Pre-Discovery Disclosures**

The parties will exchange by **January 7, 2007** the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan**

The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

(a) Plaintiff's allegations of racial discrimination;

(b) The facts underlying Defendants' various affirmative and other defenses; and

(c) Damages and causation.

All written discovery will be propounded by **June 1, 2008**.

All depositions (except expert depositions) will be concluded by **July 1, 2008.**

4. **Discovery Limits**

Maximum of **30** interrogatories by each party to any other party. Responses due **30** days after service.

Maximum of **10** depositions by Plaintiff and **10** by Defendant. The depositions will be limited to a maximum of **12** hours for Plaintiff and **7** hours for all other witnesses unless extended by agreement of parties.

Maximum of **30** requests for admission by each party to any other party. Responses due **30** days after service.

The parties reserve their right to petition the Court for leave to exceed these limits if necessary.

5. **Joinder of Additional Parties**.  The parties request until **March 10, 2008** to amend the pleadings to join additional parties.

6. **Expert Reports.**  Reports from retained experts under Rule 26(a)(2) due:

> from Plaintiff by **May 1, 2008**;
>
> from Defendant by **June 16, 2008**.

Depositions of experts will follow such disclosures.

7. **Pretrial Disclosures.** Final lists of witnesses and exhibits under Rule 26(a)(3) due **21 days prior to trial**.

8. **Other items.**  All potentially dispositive motions filed by **October 1, 2008**.

9. **Pretrial conference**.  The parties request a pretrial conference in **January, 2009**.

10. **Trial Setting**.  This jury action should be ready for trial by **February 11, 2009**[1] and at this time is expected to take approximately 3-5 trial days.

---

[1] Counsel for Plaintiff has advised that she presently has at least four trials scheduled in federal court between September, 2008 and January, 2009.

Respectfully submitted this 30th day of November, 2007.

By: /s/ Juraldine Battle-Hodge  
    Juraldine Battle-Hodge  
    (BAT033)

JURALDINE BATTLE-HODGE, ESQ.  
207 Montgomery Street, Suite 215  
Montgomery, Alabama 36104  
(334) 262-1177

ATTORNEY FOR PLAINTIFF

By: /s/ Thomas A. Davis  
    Thomas A. Davis  
    (ASB-5877-S56T)

JACKSON LEWIS LLP  
First Commercial Bank Building  
800 Shades Creek Parkway, Suite 870  
Birmingham, Alabama 35209  
(205) 332-3101

/s/ Dion Y. Kohler  
Dion Y. Kohler  
GA Bar No. 427715

JACKSON LEWIS LLP  
1900 Marquis One Tower  
245 Peachtree Center Avenue, N.E.  
Atlanta, Georgia 30303-1226  
(404) 525-8200

ATTORNEYS FOR DEFENDANT  
AMERICOLD LOGISTICS, LLC

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of this original document was filed with the Court via the Case Management/Electronic Court Filing system on this 30th day of November, 2007, and notice thereof was served in accordance therewith via electronic mail, to:

Juraldine Battle-Hodge, Esq.  
207 Montgomery Street, Suite 215  
Montgomery, AL 36104

/s/ *Thomas A. Davis*  
Counsel for Defendant