IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **REVELL MCGHEE,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 2:07-cv-00817-MEF |
| v. | ) | |
| | ) | |
| **AMERICOLD LOGISTICS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, Defendant AmeriCold Logistics, LLC ("AmeriCold"), and pursuant to Rule 83.1(b) of the Local Rules of this Court, respectfully moves the Court to allow Dion Y. Kohler, Esq., member in good standing of the State Bar of Georgia, to appear *pro hac vice* as attorney for AmeriCold in the above-captioned case. A Certificate of Good Standing from the United States District Court, Northern District of Georgia for Mr. Kohler is attached as Exhibit A. In support of this Motion, AmeriCold states:

Dion Y. Kohler is a partner with the law firm of Jackson Lewis LLP in its Atlanta, Georgia office located at 1900 Marquis One Tower, 245 Peachtree Center Avenue, N.E., Atlanta (Fulton County), Georgia 30303-1226, 404-525-8200. Applicant Dion Y. Kohler is admitted to practice and licensed in the state of

Georgia and the United States District Courts for the Northern District of Georgia; the Southern District of Georgia; and the Middle District of Georgia, where he regularly practices law. Mr. Kohler has been admitted to practice before the Eastern District of Wisconsin; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the Eleventh Circuit; the DC Circuit Court of Appeals; and the U.S. Supreme Court. Mr. Kohler certifies that he has obtained and is familiar with the Local Rules of this Court.

WHEREFORE AmeriCold respectfully requests that this Court enter an Order allowing Dion Y. Kohler to appear *pro hac vice* for the purpose of representing AmeriCold in this matter. A proposed Order is attached hereto.

Respectfully submitted this 17th day of December, 2007.

/s/ *Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
DD: 205-332-3101
E-Mail: davist@jacksonlewis.com
**JACKSON LEWIS LLP**
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209
Facsimile: 205-332-3131

        Dion Y. Kohler (GA Bar No. 427715)
        E-Mail: kohlerd@jacksonlewis.com
        **JACKSON LEWIS LLP**
        1900 Marquis One Tower
        245 Peachtree Center Avenue, N.E.
        Atlanta, Georgia 30303-1226
        Facsimile: 404-525-1173
        **ATTORNEYS FOR DEFENDANT**
        **AMERICOLD LOGISTICS, LLC**

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of this original document, **MOTION FOR ADMISSION PRO HAC VICE**, was filed with the Court via the Case Management/Electronic Court Filing system on this 17th day of December, 2007, and notice thereof was served in accordance therewith via electronic mail, to:

        Juraldine Battle-Hodge, Esq.
        207 Montgomery Street, Suite 215
        Montgomery, AL 36104

        /s/ *Thomas A. Davis*
        **Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REVELL MCGHEE,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) **2:07-cv-00817-MEF** |
| v. | ) |
| | ) |
| **AMERICOLD LOGISTICS, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## PROPOSED ORDER

Upon Motion of Defendant AmeriCold for Dion Y. Kohler to be admitted *pro hac vice* in the above-referenced matter on behalf of AmeriCold, for good cause shown, IT IS HEREBY ORDERED that said Motion is GRANTED; Dion Y. Kohler may practice before this Court as the attorney of record for Defendant in this proceeding.

This \_\_\_\_day of _____, 200\_\_.


_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
} ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DION Y. KOHLER, 427715,** was duly admitted to practice in said Court on December 3, 1984 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 13th day of December, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *[signature]*
Phyllis Brannon
Deputy Clerk

