IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REVELL McGHEE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-817-MEF |
| | ) |
| AMERICOLD LOGISTICS, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Plaintiff's Objection to Deadlines (Doc. #14) filed on December 19, 2007, which the court construes to contain a motion to amend scheduling order, it is hereby

ORDERED that the motion is DENIED.

DONE this the 21st day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE