```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002477
Cashier ID: brobinso
Transaction Date: 12/28/2007
Payer Name: JACKSON LEWIS LLP
------------------------------------
PRO HOC VICE
  For: DION Y KOHLER
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $20.00
------------------------------------
CHECK
  Check/Money Order Num: 1080
  Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```