IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REVELL McGHEE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-817-MEF |
| | ) |
| AMERICOLD LOGISTICS, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion for Admission of Dion Y. Kohler *Pro Hac Vice* (Doc. #13) filed on December 17, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 2nd day of January, 2008.

                                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE