IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REVELL MCGHEE, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-CV-817-MEF |
| ) | |
| v. ) | |
| ) | |
| AMERICOLD LOGISTICS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Juraldine Battle-Hodge, attorney for the Plaintiff, and respectfully requests this Honorable Court to grant her Motion to Withdraw as Counsel and for grounds, states as follows:

1. That the undersigned attorney filed this action on September 11, 2007 on behalf of the Plaintiff.

2. That this honorable Court set a Scheduling Order on December 5, 2007.

3. That per Scheduling Order, the parties are in the discovery phase.

4. That the Defendant requested discovery in March of 2008.

5. That the undersigned attorney has been unable to sufficiently respond to said requests due to her inability to secure complete information from the Plaintiff.

6. That the Defendant has extended the Plaintiff four extensions.

7. That the Defendant has informed the Plaintiff that it will file a motion to compel and seek attorney's fees without further discussion if it does not receive said requests by May 23, 2008.

8. That since the undersigned attorney has no control over ability to sufficiently answer said requests; she is requesting to withdraw from this case.

9. That the undersigned attorney has informed the Plaintiff of her intent to withdraw.

WHEREFORE, the PREMISES CONSIDERED, the undersigned counsel prays that this Honorable Court will grant her Motion to Withdraw and stay this case for sixty days to allow the Plaintiff to secure legal representation.

Respectfully submitted this the 27th day of May 2008.

_____
JURALDINE BATTLE-HODGE (BAT033)
Attorney for the Plaintiff

OF COUNSEL:
LAW OFFICE OF JURALDINE BATTLE-HODGE, P.C.
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
(334) 262-1177
(334) 263-5569 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document has been served upon the following by facsimile and by placing a copy of the same in the United States Mail, First class, postage prepaid, and addressed on the 27th day of May, 2008.

Hon. Amy Perkins
JACKSON LEWIS, LLP
1155 Peachtree Street NE
Suite 1000
Atlanta, GA 30309

Hon. Thomas Davis
JACKSON LEWIS, LLP
First Commercial Bank Building
800 Shades Creek Parkway
Birmingham, AL 35209

Mr. Revell McGhee
2033 Mona Lisa Drive
Montgomery, AL 36111

_____
OF COUNSEL