IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REVELL McGHEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-817-MEF |
| | ) | |
| AMERICOLD LOGISTICS, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #19) filed on May 28, 2008, it is hereby

ORDERED that this motion is set for hearing on **June 11, 2008** at **2:00 p.m.** in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that Plaintiff's counsel provide a copy of this Order to plaintiff immediately. It is further ORDERED that both plaintiff *and* plaintiff's counsel are required to attend said hearing. Failure of plaintiff to attend may result in dismissal of this case for want of prosecution

DONE this the 29th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE