**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2008 JUN 11  P 1: 27

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| REVELL MCGHEE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 2:07-cv-00817-MEF |
| v. | ) | |
| | ) | |
| AMERICOLD LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

COMES NOW, Defendant AmeriCold Logistics, LLC ("AmeriCold"), and pursuant to Rule 83.1(b) of the Local Rules of this Court, respectfully moves the Court to allow Amy R. Perkins, Esq., member in good standing of the State Bar of Georgia, to appear *pro hac vice* as attorney for AmeriCold in the above-captioned case. A copy of the Certificate of Admission to the United States District Court, Northern District of Georgia, dated April 14, 2008, for Ms. Perkins is attached as Exhibit A. In support of this Motion, AmeriCold states:

Amy R. Perkins is an associate with the law firm of Jackson Lewis LLP in its Atlanta, Georgia office located at 1155 Peachtree Street, Suite 1000Atlanta (Fulton County), Georgia 30309, 404-525-8200. Applicant Amy R. Perkins is admitted to practice and licensed in the state of Georgia and the United

States District Court for the Northern District of Georgia, where she regularly practices law. Ms. Perkins certifies that she has obtained and is familiar with the Local Rules of this Court.

WHEREFORE AmeriCold respectfully requests that this Court enter an Order allowing Amy R. Perkins to appear *pro hac vice* for the purpose of representing AmeriCold in this matter. A proposed Order is attached hereto.

Respectfully submitted this 11th day of June, 2008.

Thomas A. Davis (ASB-5877-S56T)
DD: 205-332-3101
Email: davist@jacksonlewis.com
**JACKSON LEWIS LLP**
First Commercial Bank Bldg.
800 Shade Creek Parkway, Suite 870
Birmingham, Alabama 35209
Facsimile: 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
Dion Y. Kohler
Georgia Bar No. 427715
DD: 404-586-1843
Email: kohlerd@jacksonlewis.com
**JACKSON LEWIS LLP**
1155 Peachtree Street, Suite 1000
Atlanta, Georgia 30309
Facsimile: 404-525-1173
**ATTORNEYS FOR DEFENDANT
AMERICOLD LOGISTICS, LLC**

## CERTIFICATE OF SERVICE

I, Amy R. Perkins, hereby certify that a copy of this original document, **MOTION FOR ADMISSION PRO HAC VICE**, was delivered to the following attorney of record via hand delivery on this 11th day of June, 2008:

Juraldine Battle-Hodge, Esq.
207 Montgomery Street, Suite 215
Montgomery, AL 36104

_____
**Counsel for Defendant**

## THE UNITED STATES OF AMERICA

E PLURIBUS UNUM

NORTHERN    *District of*    GEORGIA

*I,*    JAMES N. HATTEN    *Clerk of the United States District Court,*

*certify that*

AMY ROGERS PERKINS

*was duly admitted and qualified to practice as an Attorney in the*

*District Court on the*  14th  *day of*  APRIL  ,  2008  .

*In testimony whereof, I sign my name and affix the seal of this*

*Court, on this*  14th  *day of*  APRIL  ,  2008  .

*James N. Hatten*
*Clerk*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| REVELL MCGHEE, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 2:07-cv-00817-MEF |
| v. | ) |
| | ) |
| AMERICOLD LOGISTICS, LLC, | ) |
| | ) |
| Defendant. | ) |

### PROPOSED ORDER

Upon Motion of Defendant AmeriCold for Amy R. Perkins to be admitted *pro hac vice* in the above-referenced matter on behalf of AmeriCold, for good cause shown,

IT IS HEREBY ORDERED that said Motion is GRANTED; Amy R. Perkins may practice before this Court as an attorney of record for Defendant in this proceeding.

This _____ day of _____, 2008.

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005468
Cashier ID: khaynes
Transaction Date: 06/11/2008
Payer Name: JACKSON LEWIS LLP
------------------------------------
PRO HAC VICE
 For: AMY ROGERS PERKINS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 20711
 Amt Tendered:  $50.00
------------------------------------
Total Due:        $50.00
Total Tendered:   $50.00
Change Amt:       $0.00

2:07-cv-00817-MEF-TFM


McGhee v. Americold Logistics
```