IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REVELL MCGHEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07-CV-817-MEF-TFM |
| ) | |
| AMERICOLD LOGISTICS, LLC, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Upon consideration of Defendant's *Motion to Compel Discovery Responses and Medical Records and Psychotherapy Notes Authorization Forms* and memorandum in support thereof (Doc. #21; June 4, 2008), it is hereby

**ORDERED** that the **Plaintiff file a response by June 23, 2008** to show any cause why the *Motion* should not be granted.

Done this 13th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE