Date Filed: 6-23-08

IN The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2008 JUN 23 P 1:31

Revell McGhee

2:07-CV-817-MEF-TFM

v.

Americold Logistic LLC
Defendant

Respond to Order

To show cause why the motion should not be granted. Medical Record and psychotherapy will not determine that I was not discriminated in the work place at Americold Logistic LLC. So I feel this motion has no bearing on my case.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____DIVISION

## CERTIFICATE OF SERVICE

I, _Revell McGhee_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Revell McGhee_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _23_ day of _June_ 20_08_ to:

Thomas Andrew Davis
Jackson Lewis LLP
First Comercial Bank Building
800 Shades Creek Parkway
Suite 870
Birmingham, AL 35209

Dion Y. Kohler
Jackson Lewis LLP
1155 Peachtree St., N.W.
Suite 1000
Atlanta, GA 30309

Amy Rogers Perkins
Jackson Lewis LLP -- ATL
1155 Peachtree Street, NE
Suite 1000
Atlanta, GA 30309

_6-23-08_
Date

_Revell McGhee_
Signature