IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REVELL McGHEE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-817-MEF |
| ) | |
| AMERICOLD LOGISTICS, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Extend Dispositive Motion Deadline (Doc. #28) filed on August 15, 2008, it is hereby ORDERED that:

1. The Uniform Scheduling Order (Doc. #12) entered by the court on December 5, 2007 is VACATED.

2. The motion to extend dispositive motion deadline is DENIED as moot.

3. This case is referred to United States Magistrate Judge Terry F. Moorer for entry of an appropriate scheduling order in light of the circumstances of this case.

DONE this 20th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE