IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REVELL MCGHEE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-CV-817-MEF |
| ) | |
| AMERICOLD LOGISTICS, LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On September 29, 2008, the Magistrate Judge filed a Recommendation (Doc. #32) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for lack of prosecution.

DONE this the 24th day of October, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE